Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00890-CV

Robert Lee **TORRES**,
Appellant

v.

Laura L. **TORRES**,
Appellee

From the County Court, Val Verde County, Texas
Trial Court No. 2,347
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   February 11, 2009

DISMISSED

       Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who does not oppose the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM